Lola Hester, Defendant in Error, v. Fred Hester, Plaintiff in Error.

(Not to be reported in full.)

Error to the Circuit Court of Vermilion county; the Hon. E. R. E. KIMBROUGH, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed July 14, 1917.

### Statement of the Case.

Bill by Lola Hester, complainant, against Fred Hester, defendant, for a divorce on the ground of extreme and repeated cruelty. From a decree granting a divorce and directing the payment of $100 alimony in quarterly instalments and awarding the custody of the child to complainant, defendant brings error.

RALPH B. HOLMES, for plaintiff in error.

CRAYTON & BOYLE, for defendant in error.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

1. EQUITY, § 547*—*how evidence preserved.* A decree in chancery granting affirmative relief must be supported by evidence preserved by a certificate of evidence or by a finding of facts in the decree itself.

2. DIVORCE, § 77*—*when findings are insufficient to support decree on ground of cruelty.* A general finding in a decree for divorce that the defendant is guilty of extreme and repeated cruelty, as alleged in the bill of complaint, and that the allegations of complainant's bill are true, is insufficient as a finding of facts to sustain the decree.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.